No. 764. WISCONSIN CENTRAL RAILROAD CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Joseph M. Jones, Robert T. Molloy* and *Kenneth W. Moroney* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Philip R. Miller* and *Kenneth E. Levin* for the United States.

No. 805. HAUSMAN ET AL. *v.* BUCKLEY ET AL. C. A. 2d Cir. Certiorari denied. *Frederick H. Block* and *Irving Sonnenschein* for petitioners. *Alexis C. Coudert* for Pantepec Oil Co., C. A., and *Thomas W. Hill, Jr.* for Buckley et al., respondents.

No. 821. LAS VEGAS HACIENDA, INC., *v.* CIVIL AERONAUTICS BOARD. C. A. 9th Cir. Certiorari denied. *Edward L. Compton* and *John W. Preston, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Irwin A. Seibel, Joseph B. Goldman, O. D. Ozment* and *Robert L. Toomey* for respondent.

No. 835. WOOTEN ET AL. *v.* TEXAS. Court of Civil Appeals of Texas, Third Supreme Judicial District. Certiorari denied. *Coleman Gay* for petitioners.

No. 838. DIVISION No. 14, ORDER OF RAILROAD TELEGRAPHERS, BY R. D. WILSON, ET AL. *v.* LEIGHTY ET AL. C. A. 4th Cir. Certiorari denied. *L. S. Parsons, Jr.* for petitioners. *Edward J. Hickey, Jr.* and *Moses Ehrenworth* for respondents.